IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DEANDRE MITCHELL; ADEL HIAT; and MATTHEW MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>CAPTAIN JOHN STATEN; and BULLOCH COUNTY JAIL,<br><br>Defendants. | CIVIL ACTION NO.: 6:15-cv-63 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 6), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DISMISSES** Plaintiffs' claims against the Bulloch County Jail in their entirety and **DISMISSES** all claims asserted on behalf of Adel Hiat and Matthew Moore. Further, the Court **DISMISSES** Mitchell's claims for monetary damages under the Religious Land Use and Institutionalized Persons Act ("RLUIPA") and Mitchell's Section 1983 compensatory and punitive damages claims. Additionally, the Court **DISMISSES** Mitchell's state law conversion claim against Defendant Staten.

However, Mitchell's RLUIPA claims for injunctive relief against Defendant Staten and his Section 1983 claims for injunctive relief and nominal damages against Defendant Staten shall proceed.

**SO ORDERED**, this 3rd day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA